UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATALIN HORVATH,<br><br>              Petitioner,<br><br>  v.<br><br>INS,<br><br>              Respondent. | 1:05-cv-00041-REC-TAG HC<br><br>ORDER DIRECTING CLERK OF COURT<br>TO DISREGARD DOCUMENT<br>#20 IN THIS CASE (Doc. 20)<br><br>ORDER DIRECTING CLERK OF COURT<br>TO PLACE DOCUMENT #20 IN CASE NO.<br>05-cv-00416-0WW-SMS-P (Doc. 20) |

      Petitioner is detained by the United States Bureau of Immigration and Customs Enforcement ("ICE") and is proceeding with a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

      Petitioner has also filed a civil rights complaint against ICE pursuant to 42 U.S.C. § 1983, in case no. 05-cv-00416-OWW-SMS-P. On April 4, 2005, Petitioner filed a motion in the instant case that was properly docketed. (Doc. 21). On the same date, Petitioner also filed a document containing no case number and entitled, "motion for adding information to my civil rights act [sic]." (Doc. 20). The Clerk of the Court docketed the "motion for adding information to my civil rights act" in the instant case as Document 20. (Id.). However, it appears that Petitioner intended to file the document in her civil rights case, no. 05-cv-00416-OWW-SMS-P.

///

# ORDER

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of the Court is DIRECTED to DISREGARD the "motion for adding information to my civil rights act" (Doc. 20), filed in case no. 05-cv-00041-REC-TAG-HC; and

2. The Clerk of the Court is DIRECTED to place a copy of the "motion for adding information to my civil rights act" (Doc. 20), in case no. 05-cv-00416-OWW-SMS-P.

IT IS SO ORDERED.

**Dated:   June 17, 2005**                              **/s/ Theresa A. Goldner**
j6eb3d                                                        UNITED STATES MAGISTRATE JUDGE