1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Katalin Horvath, | ) | |
| | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | 1:05-CV-00041-REC-TAG-HC |
| | ) | |
| INS, | ) | **ORDER GRANTING** |
| | ) | **RESPONDENT'S REQUEST FOR** |
| Respondent. | ) | **ADDITIONAL TIME (Doc. 52)** |
| | ) | |
| _____ | ) | |

Petitioner, currently in the custody of the Bureau of Immigration and Customs Enforcement ("ICE") and proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, on January 10, 2005. (Doc. 1).

On October 27, 2005, the Court issued an order to show cause why it should not require respondent to provide a interpreter fluent in Hungarian to assist petitioner in completing the documents required by the Hungarian Embassy to process her removal from the United States. (Doc. 50). On November 28, 2005, respondent filed this motion for an extension of time of thirty days in order to respond to the order to show cause. (Doc. 52). As grounds therefor, respondent indicates that an interpreter has already been provided to petitioner, but that additional time is needed to file with the Court an English translation of the documents

1

completed by petitioner.  (Id.).  Respondent indicates that it will file translated copies of the

travel document application and update the court on the status of the petitioner's travel document

application no later than December 27, 2005.  (Id.).

GOOD CAUSE having been presented, the Court HEREBY GRANTS respondent's

motion for an extension of time to respond to the order to show cause.  (Doc. 52).  Respondent

shall have an additional thirty (30) days from the date of service of this order in which to respond

to the order of October 27, 2005.


IT IS SO ORDERED.

**Dated:   November 29, 2005**              /s/ Theresa A. Goldner
j6eb3d                                                         UNITED STATES MAGISTRATE JUDGE