# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATALIN HORVATH,<br><br>        Petitioner,<br><br>  v.<br><br>INS,<br><br>        Respondent. | 1:05-cv-00041-REC-TAG-HC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 67)<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS (Doc. 1)<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT<br><br>ORDER DENYING MOTION FOR EXTENSION OF TIME AS MOOT (Doc. 66)<br><br>ORDER DENYING MISCELLANEOUS PENDING MOTIONS AS MOOT (Docs. 17, 21, 27, 35, 48, 54, & 59) |

      Petitioner, proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, on January 10, 2005. (Doc. 1).

      On January 11, 2006, the Magistrate Judge assigned to the case filed a Report and Recommendation recommending the petition for writ of habeas corpus be DISMISSED for failure to state a claim and as moot because Petitioner is no longer in custody of Respondent.

1  (Doc. 67).  This Report and Recommendation was served on all parties and contained notice that
2  any objections were to be filed within thirty days from the date of service of that order.  To date,
3  the parties have not filed timely objections to the Report and Recommendation.
4       In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted
5  a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that
6  the Magistrate Judge's Report and Recommendation is supported by the record and proper
7  analysis.
8       Accordingly, IT IS HEREBY ORDERED that:
9       1.    The Report and Recommendation, filed January 11, 2006 (Doc. 67), is
10          ADOPTED IN FULL;
11      2.    This petition for writ of habeas corpus (Doc. 1), is DISMISSED for failure to state
12          a claim as it is now MOOT;
13      3.    Petitioner's Motion for Extension of Time (Doc. 66), is DENIED as MOOT;
14      4.    All pending motions filed by Petitioner (Docs. 17, 21, 27, 35, 48, 54, & 59), are
15          DENIED as MOOT; and,
16      5.    The Clerk of Court is DIRECTED to ENTER JUDGMENT.
17      IT IS SO ORDERED.
18 **Dated:  March 3, 2006**                       /s/ Robert E. Coyle
   668554                                     UNITED STATES DISTRICT JUDGE